BROWNE GEORGE ROSS LLP
Peter W. Ross (State Bar No. 109741)
pross@bgrfirm.com
Keith J. Wesley (State Bar No. 229276)
kwesley@bgrfirm.com
2121 Avenue of the Stars, Suite 2800
Los Angeles, California 90067
Telephone:  (310) 274-7100
Facsimile:  (310) 275-5697

LAW OFFICES OF GARY FREEDMAN
Gary Freedman (State Bar No. 49922)
goromans@aol.com
1149 Third Street, Suite 200
Santa Monica, California 90403
Telephone:  (310) 576-2444
Facsimile:  (310) 576-2440

Attorneys for Plaintiff Brighton
Collectibles LLC

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| BRIGHTON COLLECTIBLES, LLC, a Delaware limited liability company,<br><br>          Plaintiff,<br><br>     vs.<br><br>MACY'S, INC., a Delaware corporation,<br><br>          Defendant. | Case No. 2:17-cv-04526<br><br>**COMPLAINT FOR COPYRIGHT INFRINGEMENT**<br><br>**DEMAND FOR JURY TRIAL** |

805573.1

COMPLAINT

Plaintiff Brighton Collectibles, LLC, as and for its complaint against defendant Macy's, Inc., alleges as follows:

## PARTIES

1.     Plaintiff Brighton Collectibles, LLC ("Brighton" or "Plaintiff") is a limited liability company organized and existing under the laws of the State of Delaware, with its principal place of business in the County of Los Angeles.

2.     Plaintiff is informed and believes, and thereon alleges, that defendant Macy's, Inc. ("Macy's" or "Defendant") is a corporation organized and existing under the laws of the State of Delaware, with its principal places of business in Cincinnati, Ohio and New York, New York.

## JURISDICTION AND VENUE

3.     This Court has original jurisdiction under 28 U.S.C. sections 1331 and 1338 in that the claims herein arise under the federal Copyright Act.

4.     This district is the proper venue because a substantial part of the events and omissions giving rise to the claims herein occurred in this district, and Defendant is subject to personal jurisdiction in this district.

## GENERAL ALLEGATIONS

**A.     Brighton is a Leading Designer, Manufacturer, and Distributor of Women's Fashion Accessories.**

5.     Brighton designs, manufactures, distributes, and sells women's fashion accessories, including handbags, wallets, belts, sunglasses, watches, and jewelry. For more than 25 years, Brighton has been continuously engaged in the designing, manufacturing, distribution, and sale of fashion accessories that are marketed and sold nationwide under the trademark "Brighton." Brighton employs over 500 people at a factory in the City of Industry, California, as well as hundreds of personnel around the country.

6.     Over the decades that Brighton has been in existence, Brighton fashion accessories have gained a nationwide reputation for style and quality. Brighton is an

1  acknowledged industry leader, recognized for unique and innovative styling,
2  outstanding workmanship, and the use of high-quality materials.  Brighton generally
3  sells its accessories through small "specialty" or "boutique" stores rather than
4  discount stores, big box retailers, or mail-order catalogues.

5       7.    Brighton has created and is the exclusive owner of original designs
6  used in connection with its fashion accessories.  Two of its original designs are the
7  "Reno Heart Bracelet" and "Reno Heart Necklace."  A full-time Brighton designer
8  created both designs in 2006 as part of Brighton's Reno Heart collection, which
9  Brighton has marketed and sold continuously for more than a decade and continues
10  to market and sell today.  Pictures of the Reno Heart Bracelet and Reno Heart
11  Necklace are attached hereto as Exhibit A and incorporated herein by this reference.

12       8.    Brighton owns a copyright registration for the Reno Heart design, VA
13  1-928-936, effective October 20, 2014.  A true and correct copy of the registration is
14  attached hereto as Exhibit B and incorporated herein by this reference.

15       **B.    Macy's Knowingly Markets and Sells Copies of Brighton's Reno**
16           **Heart Bracelet and Reno Heart Necklace Designs.**

17       9.    Macy's has infringed on Brighton's copyrights in the Reno Heart
18  Bracelet and Reno Heart Necklace by marketing, distributing, and selling, without
19  the permission or knowledge of Brighton, imitations of the Reno Heart Bracelet and
20  Reno Heart Necklace.

21       10.   Pictures of Macy's infringing products (the "Infringing Products") are
22  attached hereto as Exhibit C and incorporated herein by this reference.

23       11.   A photographic comparison of the Brighton Reno Heart Bracelet and
24  Macy's infringing bracelet is attached hereto as Exhibit D and incorporated herein
25  by this reference.

26       12.   A photographic comparison of the Brighton Reno Heart Necklace and
27  Macy's infringing necklace is attached hereto as Exhibit E and incorporated herein
28  by this reference.

13.     On May 24, 2017, Brighton sent Macy's a letter apprising Macy's of its ongoing infringement and demanding that Macy's cease and desist.  To date, Macy's has not responded to the letter, and Macy's continues to market and sell the Infringing Products.

14.     Brighton is informed and believes, and thereon alleges, that Macy's has received a direct financial benefit from marketing and selling the Infringing Products, in an amount that is unknown to Brighton.

15.     Brighton is informed and believes, and thereon alleges, that the Infringing Products have been marketed and sold to a substantial number of consumers, thus decreasing the uniqueness of Brighton's corresponding accessories. As a result, Macy's marketing and sales of the Infringing Products has diluted and damaged (and will continue to dilute and damage) Brighton's brand, reputation, and goodwill.

16.     Brighton is informed and believes, and thereon alleges, that Macy's marketing, sale, and distribution of the Infringing Products has caused Brighton to lose sales and profits.

17.     Macy's acts have caused, and will continue to cause, irreparable harm and injury to Brighton for which Brighton has no adequate remedy at law. Accordingly, pursuant to 17 U.S.C. section 502, Macy's should be preliminarily and permanently enjoined and restrained from directly or indirectly manufacturing, distributing, importing, exporting, advertising, offering for sale, or selling any product that copies Brighton's copyrights, including but not limited to the Infringing Products.  Brighton is further entitled to an order impounding and destroying all infringing product in Macy's possession, custody or control.

## FIRST CLAIM FOR RELIEF

### (Against Defendant for Copyright Infringement)

18.     Plaintiff re-alleges and incorporates herein by reference each and every allegation set forth above in paragraphs 1 through 17, inclusive.

19.    Plaintiff owns valid copyrights in the Reno Heart Bracelet and Reno Heart Necklace, which are original works created by Plaintiff.

20.    Plaintiff owns U.S. Copyright Office registration VA 1-928-936, effective October 20, 2014, for the Reno Heart design.  Plaintiff asserts that this registration is adequate for purposes of suing for infringement of the entirety of the Reno Heart Bracelet and Reno Heart Necklace designs.  Alternatively, and in an abundance of caution, Plaintiff has filed separate applications for the entirety of the Reno Heart Bracelet and Reno Heart Necklace designs.

21.    Defendant had access to Plaintiff's copyrighted designs, as established by, among other things, the widespread availability of pictures of Plaintiff's products incorporating those designs, the fact that Plaintiff's products are well known in the industry and in the public, the fact that Plaintiff's products are marketed and sold in thousands of retail stores throughout the country, and the fact that the Infringing Products are strikingly similar in design to Plaintiff's copyrighted designs.

22.    Defendant infringed Plaintiff's copyrights by incorporating substantially similar designs into its products, which are marketed and sold to consumers, without Plaintiff's permission.

23.    Defendant infringed Plaintiff's copyrights willfully.

24.    Plaintiff is entitled to actual damages and Defendant's profits, in an amount to be determined by proof.

25.    Alternatively, Plaintiff is entitled to statutory damages in an amount no less than $150,000.

26.    Defendant's acts have caused and will continue to cause irreparable harm to Plaintiff unless restrained by this Court.  Plaintiff has no adequate remedy at law.  Accordingly, Plaintiff is entitled to an order enjoining and restraining Defendant, during the pendency of this action and permanently thereafter, from manufacturing, distributing, importing, exporting, marketing, offering for sale, or

selling copies or substantially similar copies of Brighton's copyrighted designs.

## **PRAYER FOR RELIEF**

WHEREFORE, Plaintiff prays for relief against Defendant as follows:

1.     For preliminary and permanent injunctions enjoining and restraining Defendant, her agents, employees, representatives, partners, joint venturers, and/or anyone acting on behalf of or in concert with her, from designing, manufacturing, importing, shipping, delivering, selling, marketing, displaying, advertising, or promoting any product that incorporates designs substantially similar to the Reno Heart Bracelet or Reno Heart Necklace;

2.     For an order requiring the destruction of all of Defendant's Infringing Products and all marketing, advertising, or promotional materials depicting Defendant's Infringing Products;

3.     For an accounting of all profits obtained by Defendant from sales of the Infringing Products and an order that Defendant hold all such profits in a constructive trust for the benefit of Plaintiff;

4.     For an award to Plaintiff of all profits earned by Defendant from the sale of the Infringing Products;

5.     For compensatory damages according to proof;

6.     For statutory damages of no less than $150,000;

7.     For pre-judgment interest on all damages awarded by this Court;

8.     For reasonable attorney's fees and costs of suit incurred herein; and

/ / /
/ / /
/ / /
/ / /
/ / /
/ / /
/ / /

1     9.     For such other and further relief as the Court deems just and proper.

2

3    Dated:   June 19, 2017              BROWNE GEORGE ROSS LLP

4                                            Peter W. Ross
                                             Keith J. Wesley
5                                        LAW OFFICES OF GARY FREEDMAN

6                                            Gary Freedman

7                                        By       /s/  Keith J. Wesley

8                                                 Keith J. Wesley

9                                        Attorneys for Plaintiff
                                         Brighton Collectibles LLC
10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

805573.1
                                         -6-
\underline{\text{COMPLAINT}}

## **DEMAND FOR JURY TRIAL**

Plaintiff Brighton Collectibles, LLC hereby demands a trial by jury.

Dated:   June 19, 2017

BROWNE GEORGE ROSS LLP
    Peter W. Ross
    Keith J. Wesley

LAW OFFICES OF GARY FREEDMAN
    Gary Freedman

By   _____/s/  Keith J. Wesley_____
         Keith J. Wesley
Attorneys for Plaintiff
Brighton Collectibles LLC